# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 06 CR 10372 NMG |
| | ) Cr. No. |
| ADAM HART | ) |
| | ) |
| | ) |

## INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 844(e)– Maliciously Conveying False Information)

The Grand Jury charges:

On or about April 22, 2006, at North Dartmouth, in the District of Massachusetts and elsewhere,

## ADAM HART

defendant herein, did through the use of an instrument of interstate and foreign commerce, that is the internet, and in and affecting interstate commerce, maliciously convey false information, knowing the same to be false, concerning an alleged attempt to be made unlawfully to damage and destroy a building, that is the Sears Tower in Chicago, Illinois, by means of fire and explosives.

In violation of Title 18, United States Code, Section 844(e).

**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY

_____
ALOKE CHAKRAVARTY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November 14, 2006 @ 1:30 pm

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 6/29/04)   **06 CR 10372 NMG**

**Criminal Case Cover Sheet**                             U.S. District Court - District of Massachusetts

**Place of Offense:** DARTMOUTH   **Category No.** II   **Investigating Agency** FBI

**City** DARTMOUTH   **Related Case Information:**

**County** BRISTOL   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   MJ-06-940 & 941-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Adam Hart                       Juvenile   [ ] Yes   [X] No

Alias Name _____

Address   7214 Pinedale, North Dartmouth, MA

Birth date (Year only): 1985   SSN (last 4 #): 1161   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Aloke Chakravarty              Bar Number if applicable   637288

Interpreter:   [ ] Yes   [X] No       List language and/or dialect: _____

Matter to be SEALED:   [X] Yes   [ ] No

[X] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[ ]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/14/06           Signature of _____

`06 CR 10372 NMG`

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ADAM HART

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §844(e) | Maliciously Conveying False Information | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**